## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| SHAJUAN S. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| WELLSTAR HEALTH SYSTEM, INC., ) | FILE NO. |
| ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

Defendant WELLSTAR HEALTH SYSTEM, INC., by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1441(a) and 1446, hereby files this Notice of Removal and shows this Court as follows:

1.

On May 30, 2017, Plaintiff filed a Complaint in the Superior Court of Cobb County, Georgia, captioned as Shajuan S. Harris v. WellStar Health System, Inc., Superior Court of Cobb County, CAFN: 17-1-4094-40. True and correct copies of the Complaint, as well as all other process, orders or pleadings received by the Defendant by service or otherwise in this action are attached hereto as **Exhibit "A"** as required by 28 U.S.C. §1446(a).

2.

The United States District Court for the Northern District of Georgia, Atlanta Division, includes Cobb County.  Accordingly, removal to this Court is proper under 28 U.S.C. § 1441(a).

3.

Plaintiff's Complaint alleges race discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.* ("Title VII"), retaliation in violation of Title VII, violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, and punitive damages under O.C.G.A. § 15-12-5.1.

4.

As a result, the United States District Court for the Northern District of Georgia, Atlanta Division, has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441(b) and (c) and other applicable laws, as this case is a civil action under the Constitution and/or laws of the United States.

5.

On May 31, 2017, Plaintiff served Defendant[1].  As such, Defendant has timely filed its Notice of Removal within the 30-day time limit imposed by 28 U.S.C. § 1446(b).

---

[1] For unknown reasons, Defendant was also served on June 6, 2017.

6.

This Court has supplemental and/or pendant jurisdiction over the state law claim for Punitive Damages asserted in Plaintiff's Complaint pursuant to 28 U.S.C. §§ 1367 and 1441.

7.

Promptly after filing this Notice of Removal, written notice of this filing will be provided to Plaintiff and a copy of this Notice of Removal will be filed with the State Court of Cobb County, State of Georgia.  A copy of the Notice to Plaintiff of Removal of State Court Action is attached hereto as **Exhibit "B"**.  Exhibit B was served on all adverse parties.

8.

By filing this Notice of Removal, Defendant does not waive any defense that may be available to them.

Respectfully submitted this 28th day of June, 2017.

                                        **GREGORY, DOYLE, CALHOUN**
                                        **& ROGERS, LLC**

                                        /s/ Charles L. Bachman, Jr.

                                        Charles L. Bachman, Jr.
                                        Georgia Bar No. 030545
                                        T. Owen Farist
                                        Georgia Bar No. 560550

                                        49 Atlanta Street
                                        Marietta, Georgia  30060
                                        (770) 422-1776 – telephone
                                        (678) 784-3527 – facsimile
                                        cbachman@gregorydoylefirm.com
                                        ofarist@gregorydoylefirm.com

                                        *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAJUAN S. HARRIS,                      )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        CIVIL ACTION
                                        )
WELLSTAR HEALTH SYSTEM, INC.,           )        FILE NO.
                                        )
        Defendant.                      )

## CERTIFICATE OF SERVICE

I hereby certify that on June 28th, 2017, I served a copy of the foregoing **NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same via United States mail, proper postage prepaid, addressed to Plaintiff's Counsel, as follows:

Jeffrey F. Peil
**Huggins Peil, LLC**
7013 Evans Town Center Blvd, Suite 502
Evans, Georgia 30809

This 28th day of June, 2017.

GREGORY, DOYLE, CALHOUN
& ROGERS, LLC

/s/ Charles L. Bachman, Jr.

5