# EXHIBIT A

*Served 5/31/17 @ 3:30 pm NW*

# SUPERIOR COURT OF COBB COUNTY
# STATE OF GEORGIA

2016-0074031-CV

**EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**17104094**

Robert E. Flournoy III - 40
MAY 30, 2017 11:06 AM

*Rebecca Keaton*
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

CIVIL ACTION NUMBER  17104094

$216.00 COST PAID

Harris, Shajuan S.

_____
**PLAINTIFF**

**VS.**

Wellstar Health System, Inc.

_____
**DEFENDANT**

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Jeffrey Pell**
> **Charles T. Huggins, Jr., P.C.**
> **7013 Evans Town Center Blvd.**
> **Suite 502**
> **Evans, Georgia 30809**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 30th day of May, 2017.**

Clerk of Superior Court

*Rebecca Keaton*
_____
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia



*served 6/6/17 @ 10:10 am HH*

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. ___17104094___ | Superior Court ☒  Magistrate Court ☐ |
| | State Court ☐  Probate Court ☐ |
| Date Filed _____ | Juvenile Court ☐ |
| | Georgia, __COBB__ COUNTY |

Attorney's Address   **Jeffrey Pell**
**Charles T. Huggins, Jr., P.C.**
**7013 Evans Town Center Blvd.**
**Suite 502**
**Evans, Georgia 30809**

Name and Address of Party to be Served.
**Wellstar Health System, Inc.**

**793 Sawyer Road**

**Marietta, Georgia 30062**

**Harris, Shajuan S.**

_____ Plaintiff

VS.
**Wellstar Health System, Inc.**

_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**

☐ I have this day served the defendant_____ personally with a copy of the within action and summons.

**NOTORIOUS**

I have this day served the defendant_____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of_____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**

Served the defendant   WELLSTAR HEALTH SYSTEM _____ a corporation
☒ by leaving a copy of the within action and summons with  HEIDI  HAMMOND
in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**

☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**

☐ Diligent search made and defendant_____ not to be found in the jurisdiction of this court.

This  6  day of ___VUNE___ , 20 1 7

_____ 1205)
Deputy

**COPY**

ID# 2017-0074029-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**17104094**

MAY 30, 2017 11:06 AM

*Rebecca Keaton*
Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

### IN THE SUPERIOR COURT OF COBB COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| **SHAJUAN S. HARRIS,** | **Civil Action File No.** Robert E. Flournoy III - 40 |
| Plaintiff, | |
| vs. | |
| **WELLSTAR HEALTH SYSTEM, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant, | |

### COMPLAINT FOR RELIEF UNDER TITLE VII OF THE CIVIL RIGHTS ACT

**COMES NOW** SHAJUAN S. HARRIS, Plaintiff in the above-styled action, and files this Complaint for Relief under Title VII of the Civil Rights Act against Defendant WELLSTAR HEALTH SYSTEM, INC., respectfully showing this Honorable Court the following:

### PARTIES

1.      Plaintiff Shajuan S. Harris ("Ms. Harris") is an African American female who resides in Richmond County, Georgia. She worked for Defendant as a Front Office Desk Specialist from May 27, 2014 until July 14, 2015. All pleadings may be served upon her by and through her counsel of record, Jeffrey F. Peil, at 7013 Evans Town Center Blvd., Suite 502, Evans, Georgia 30809.

2.      Defendant Wellstar Health System, Inc. ("Wellstar") provides healthcare services to the general public. Defendant is a Georgia corporation with its principal office located at 793 Sawyer Road, Marietta, GA 30062. Defendant can be served with process through its registered agent, **Leo E. Reichert**, at its registered office, located at **793 Sawyer Road, Marietta, Georgia 30062.**

### JURISDICTION

3.      This Court has subject matter jurisdiction over this action pursuant to O.C.G.A. § 15-6-8 because it is a civil matter and the events occurred in Cobb County, Georgia.

4.      This Court has personal jurisdiction over the Defendant because Defendant is a resident of Cobb County, Georgia.

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

5.     This action arises primarily under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101, et seq. Plaintiff specifically reserves the right to amend this Complaint with additional related federal and state law claims.

6.     Plaintiff received two separate right-to-sue letters issued by the Equal Employment Opportunity Commission (EEOC). The latter was dated March 1, 2017 and was received on March 17, 2017. It is the latter right-to-sue letter that is the subject of this Complaint.

### VENUE

7.     This action seeks declaratory, injunctive, and equitable relief; compensatory and punitive damages; and costs and attorney's fees for the racial and disability discrimination and retaliation suffered by Plaintiff in her discharge by Defendant.

### FACTUAL ALLEGATIONS

8.     Ms. Harris worked as a Front Office Desk Specialist for Defendant, beginning on May 27, 2014. Sometime in December of 2014, a fellow employee published Ms. Harris' personal healthcare information to a database that every Wellstar staff member could access.

9.     Health records are some of the most sensitive personal records, and the necessity of protecting these records from unauthorized access is the goal of numerous federal and state statutes including the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

10.     Defendant is responsible for running roughly 11 hospitals, 225 medical office locations, and has over 20,000 employees.

11.     Ms. Harris' medical records were added to a database that all or nearly all of these 20,000 employees had access to.

12.     This unauthorized breach of personal healthcare information caused Ms. Harris severe emotional distress. She began seeking treatment for the anxiety and depression this incident caused, and was diagnosed by medical professionals with severe anxiety and depression as a result.

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

13.    Ms. Harris has incurred over $10,000 in medical bills for treatment of her mental disability since the incident.

14.    On or about December 23, 2014, Ms. Harris complained to her manager, Lee Uhbanski, and asked that Wellstar take corrective actions to remedy the situation.

15.    On January 16, 2015, Ms. Harris met with Defendant's Human Resources representatives, Meilla Villalba and Michael Billings, regarding her complaint. They asked her to immediately cease complaining of any wrongs and to overcome her emotional disability the best she could.

16.    Several employees of Wellstar seek treatment at Wellstar facilities. In doing so, their medical records get added to the Wellstar databases and can be accessed by other Wellstar employees.

17.    Ms. Harris has observed that several white employees with similar complaints and frustrations about Wellstar's handling of medical records have had their complaints resolved and their privacy restored.

18.    Moreover, the severe psychological impact of this breach of privacy has rendered Ms. Harris disabled within the meaning of the Americans with Disabilities Act.

19.    Despite her disability, Ms. Harris was capable of performing, and did perform, the essential functions of her job without accommodation. The only accommodation she sought was for her employer to stop broadcasting her protected personal information to her co-workers.

20.    Defendants regarded Ms. Harris as disabled, and became frustrated with her inability to overcome her diagnosed depression and anxiety.

21.    On June 15, 2015, Ms. Harris filed a complaint with the EEOC where she alleged, *inter alia*, discrimination based on race and disability, citing to examples of Caucasian and non-disabled employees who were not attacked for their complaints. A copy of that complaint is attached hereto as Exhibit A.

22.    Specifically, she alleged, and realleges, that she was told by a Wellstar official if she spoke out against any of the ongoing racial and disability discrimination at Wellstar, her

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

1    "career would be ruined."

2        23.    On July 14, 2015, less than one month after her complaint to the EEOC, Ms.

3    Harris was terminated from employment at Wellstar because she continued to pursue her

4    claims of racial discrimination and violations of the ADA with the EEOC.

5        24.    The next day, she was offered $7,800.00 as severance in exchange for signing

6    an unconditional release and discharge of all claims against Wellstar and agreed not to sue.

7        25.    Ms. Harris refused the agreement.

8        26.    On July 15, 2015, Ms. Harris amended her prior complaint and added a charge

9    of retaliation based upon her pretextual termination on July 14, 2017. A copy of the amended

10   EEOC complaint is attached hereto as Exhibit B.

11       27.    Rather belatedly, on March 1, 2017, the EEOC issued its determination on Ms.

12   Harris' charge of Title VII discrimination, retaliation, and violations of the ADA. Based upon

13   its investigation, the EEOC was unable to conclude that the information it obtained established

14   violations of the statutes. It also did not certify that Defendant is in compliance with the

15   statutes.

16       28.    On March 1, 2017, the EEOC mailed the right-to-sue letter to Ms. Harris at her

17   former address in Woodstock, Cherokee County, Georgia. Ms. Harris had moved away from

18   that address, and luckily had set up a mail forward with the U.S. Postal Service.

19       29.    On March 17, 2017, Ms. Harris received the aforementioned right to sue letter.

20   A copy of that letter is attached hereto as Exhibit C.

21                                  **COUNT ONE**

22   **Racial Discrimination in Violation of Title VII (42 USC §§ 2000e, et seq.)**

23       30.    Plaintiff incorporates by reference all prior paragraphs of this Complaint as if

24   fully set forth herein.

25       31.    Ms. Harris is a member of a protected class as she is African American and

26   female.

27       32.    Defendant is an employer subject to Title VII of the Civil Rights Act of 1964,

28   42 U.S.C. §§ 2000 e et seq.

COMPLAINT FOR RELIEF UNDER TITLE VII OF THE CIVIL RIGHTS ACT – 4

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

33.   Meilla Villalba and Michael Billings are employed by Defendant Wellstar in Human Resources and are empowered to make final decisions regarding the employment of Front Office Desk Specialists.

34.   By and through Villalba and Billings, Wellstar discriminated against Ms. Harris by discharging her from employment due to her race.

35.   By and through Villalb and Billings, Wellstar discriminated against Ms. Harris by creating a hostile work environment.

## COUNT TWO

### Retaliation in Violation of Title VII (42 USC §§ 2000e, et seq.)

36.   Plaintiff incorporates by reference all prior paragraphs of this Complaint as if fully set forth herein.

37.   Ms. Harris is a member of a protected class as she is African American and female.

38.   Defendant is an employer subject to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000 e et seq.

39.   Meilla Villalba and Michael Billings are employed by Defendant Wellstar in Human Resources and are empowered to make final decisions regarding the employment of Front Office Desk Specialists.

40.   By and through Villalba and Billings, Wellstar discriminated against Ms. Harris by pretextually discharging her from employment for filing an EEOC complaint which alleged that she was being racially discriminated against by her employer.

41.   By and through Villalba and Billings, Wellstar discriminated against Ms. Harris by discharging her from employment for filing an EEOC complaint which alleged that she was being discriminated against by her employer due to her disability.

## COUNT THREE

### Violations of the Americans with Disabilities Act (42 U.S.C. §§ 12101, et seq.)

42.   Plaintiff incorporates by reference all prior paragraphs of this Complaint as if fully set forth herein.

43.    Ms. Harris is disabled in that she has been diagnosed with severe anxiety and depression. Moreover she is disabled because her employer, Wellstar, regarded her disabled and unable to perform her work as a result.

44.    Despite her disability, Ms. Harris was capable of performing, and did perform, the essential functions of her job without accommodation. The only accommodation she sought was for her employer to stop broadcasting her protected personal information to her co-workers.

45.    Wellstar was unwilling or unable to provide the aforementioned reasonable accommodation and instead created a hostile work environment to force out Ms. Harris.

46.    As a result, Ms. Harris has suffered damages including lost employment, and is entitled to all compensatory damages, attorney's fees, and punitive damages allowed by law.

## COUNT FOUR
### Attorney's Fees and Punitive Damages

47.    Plaintiff incorporates by reference all prior paragraphs of this Complaint as if fully set forth herein.

48.    As Plaintiff has outlined claims for relief under both Title VII and the ADA, she is entitled to reasonable attorney's fees and punitive damages.

49.    Defendant's actions show willful misconduct, malice, fraud, wantonness, oppression, and the entire want of care which would raise the presumption of conscious indifference to consequences.

50.    As a result, Plaintiff is entitled to punitive damages pursuant to O.C.G.A. § 15-12-5.1, also known as exemplary damages, in order to penalize, punish, and/or deter Defendants from further illegal activity.

**WHEREFORE,** PLAINTIFF SHAJUAN S. HARRIS PRAYS that this Honorable Court:

A.    Issue process and that it be served upon Defendant;

B.    Declare the conduct engaged in by Defendant to be in violation of Plaintiff's rights;

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

HUGGINS PEIL, LLC
7013 Evans Town Center Blvd., Suite 502
Evans, GA 30809

1    C.    Enjoin Defendant from engaging in such conduct;

2    D.    Restore Plaintiff to her rightful place as a Front Office Desk Specialist, or, in

3    lieu of reinstatement, order front salary and benefits for the period remaining until normal

4    retirement in excess of $1,000,000.00;

5    E.    Award Plaintiff equitable relief of back salary and fringe benefits up to the date

6    of reinstatement and prejudgment interest for that entire period, or front salary and benefits

7    accrual, in an amount to be determined at trial;

8    F.    Award Plaintiff costs and attorney's fees;

9    G.    Award Plaintiff punitive or exemplary damages;

10   H.    Order a trial by jury; and

11   I.    Grant such other relief as it may deem just and proper.

12
                                      Respectfully submitted,
13   Dated: May 29, 2017              **HUGGINS PEIL, LLC**

14                                    /s/ Jeffrey F. Peil
15                                    Jeffrey F. Peil (SBN 967902)
                                      jpeil@hugginsfirm.com
16                                    7013 Evans Town Center Blvd., Suite 502
                                      Evans, Georgia 30809
17                                    Telephone: (706) 210-9063
                                      Facsimile: (706) 210-9282
18                                    *Attorney for Plaintiff*

19

20

21

22

23

24

25

26

27

28

# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Shajuan Harris** | Home Phone (Incl. Area Code)<br>**(678) 768-8893** | Date of Birth<br>**09/20/1974** |
|---|---|---|

| Street Address<br>**141 C-Bentley Parkway** | City, State and ZIP Code<br>**Woodstock, GA 30018** | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**WellStar Health System** | No. Employees, Members<br>**500+** | Phone No. (Include Area Code)<br>**(770) 956-7827** |
|---|---|---|

| Street Address<br>**3921 Shallow Rd.** | City, State and ZIP Code<br>**Marietta, GA 30062** | |
|---|---|---|

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **03/18/2015**   Latest **05/12/2015**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s))

**Statement of Harm:** WellStar Health System (WellStar) discriminated against me due to my disability and race (African American). WellStar created an ongoing hostile work environment towards me where I was repeatedly targeted and harassed. The hostility became so severe that it caused me major depression and anxiety. WellStar refused to accommodate my health issues and continues to allow me to be attacked and subjected to increased scrutiny while other similarly situated employees are not exposed to this same mistreatment. WellStar denies me benefits which are given to other Caucasian employees and reprimands me for conduct which Caucasian employees engage in, yet they are not disciplined. Further, WellStar has violated confidentiality agreements by releasing my medical records to unauthorized personnel. Moreover, WellStar threatened that my "career would be ruined" if I spoke out against the unwarranted discrimination going on at WellStar.

**Statement of Discrimination:** I believe I have been discriminated and retaliated against because of my race (African American) and disability in violation of Title VII of the Civil rights Act of 1964 and the Americans with Disabilities Act (ADA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 6/15/2015                    _(signature)_<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATIO | Charge Presented To | Agency(ies) Charge No(s) |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed   vacy Act Statement and other information before completing this f   m. | ☐ FEPA ☐ EEOC | |

|  | S   e or local Agency, if any | and EEOC |

THE PARTICULARS ARE (if additional paper is needed, attach extra shee s))

I want this charge filed with both the EEOC and the State or local Age  cy, if any   I will advise the agencies if I change my address or phone number and   will cooperate fully with them in the processing of my charge in accordanc  with their procedures

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and corre

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Date                     Charging Party Signature

# Exhibit B

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 410-2015-04604 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr, Ms, Mrs) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Shajuan Harris | (678) 768-8893 | 09/20/1974 |

| Street Address | City, State and ZIP Code |
|---|---|
| 141 C-Bentley Parkway | Woodstock, GA 30018 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WellStar Health System | 500+ | (770) 956-7827 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3921 Shallow Rd. | Marietta, GA 30062 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 03/18/2015  Latest 07/13/2015
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**AMENDMENT TO CHARGE 410-2015-04604:** Wellstar terminated Ms. Harris under pretext on July 13, 2015 in retaliation for her complaints of poor treatment and filing an EEOC charge.

**Statement of Harm:** WellStar Health System (WellStar) discriminated against me due to my disability and race (African American). WellStar created an ongoing hostile work environment towards me where I was repeatedly targeted and harassed. The hostility became so severe that it caused me major depression and anxiety. WellStar refused to accommodate my health issues and continues to allow me to be attacked and subjected to increased scrutiny while other similarly situated employees are not exposed to this same mistreatment. WellStar denies me benefits which are given to other Caucasian employees and reprimands me for conduct which Caucasian employees engage in, yet they are not disciplined. Further, WellStar has violated confidentiality agreements by releasing my medical records to unauthorized personnel. Moreover, WellStar threatened that my "career would be ruined" if I spoke out against the unwarranted discrimination going on at WellStar.

**Statement of Discrimination:** I believe I have been discriminated and retaliated against because of my race (African American) and disability in violation of Title VII of the Civil rights Act of 1964 and the Americans with Disabilities Act (ADA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/15/2015  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☐ EEOC | |
| | | and EEOC |

_State or local Agency, if any_

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/15/2015        _Charging Party Signature_<br>Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

Exhibit C

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Shajuan S. Harris<br>141c Bentley Pkwy<br>Woodstock, GA 30188 | From: Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No |
|---|---|---|
| 410-2015-04604 | Ananda L. Harris,<br>Investigator | (404) 562-6849 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

MAR 0 1 2017
*(Date Mailed)*

Enclosures(s)

cc  Charles Bachman, Jr.
Gregory, Doyle, Calhoun & Rogers, LLC
49 Atlanta St.
Marietta, GA 30060

Zachary Meeks, Esq.
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Rd.
Suite 300
Atlanta, GA 30345

DB 2017-0074030-CV
EFILED IN OFFICE
CLERK OF SUPERIOR COURT
COBB COUNTY, GEORGIA

**17104094**

Robert E. Flournoy III - 40
MAY 30, 2017 11:06 AM

Rebecca Keaton, Clerk of Superior Court
Cobb County, Georgia

DISCLOSURE STATEMENT
CLERK OF SUPERIOR COURT

CASE NUMBER   (Assigned by Clerk)

Shajuan S. Harris
_____
Plaintiff

Vs.

Wellstar Health System, Inc.
_____
Defendant

### TYPE OF ACTION

○ 1. Divorce without Agreement Attached
○ 2. Divorce with Agreement Attached
○ 3. Domestic Relations
○ 4. Damages Arising out of Contract
◉ 5. Damages Arising out of Tort
○ 6. Condemnation
○ 7. Equity
○ 8. Zoning – County Ordinance Violations (i.e., Injunctive Relief-Zoning)
○ 9. Zoning Appeals (denovo)
○ 10. Appeal, Including denovo appeal – excluding Zoning

○ 11. URESA
○ 12. Name Change
○ 13. Other
○ 14. Recusal
○ 15. Adoption

### PREVIOUS RELATED CASES

Does this case involve substantially the same parties, or substantially the same subject matter, or substantially the same factual issues, as any other case filed in this court (Whether pending simultaneously or not)?

◉ NO
○ YES – If yes, please fill out the following:
  1. Case #

  2. Parties

  3. Assigned Judge

  4. Is this case still pending?   ○ Yes   ○ No

  5. Brief description of similarities:

/S/ **Jeffrey F. Peil**

Attorney or Party Filing Suit